## JOSEPH BRUNO ET AL. *v.* CNG REALTY CORPORATION (14114)

Dupont, C. J., and Foti and Schaller, Js.

Argued February 28—decision released March 26, 1996

*Joseph P. Quinn, Jr.*, with whom, on the brief, were *James F. Aspell* and *John J. Quinn*, for the appellants (plaintiffs).

*Thomas A. Kyzivat*, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.